UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FREDDIE J. MCZEAL** | **DOCKET NO. 6:23-CV-00015** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KNOWLES N. TUCKER, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that the civil rights COMPLAINT [Doc. 1] be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in chambers, on the 6th day of April 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE